RECEIVED
OCT 08 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

JUDGE DAVID BRIONES

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

---

**Jacob Barreras,**
Plaintiff,

v.

**State Farm Insurance Company,**
Defendant.

Case No.: EP25CV0456

---

## COMPLAINT FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT (ADA)

---

### 1. Jurisdiction and Venue

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343, as this case arises under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1391(b), because the events giving rise to this claim occurred in El Paso, Texas, and Defendant conducts business within this District.

---

### 2. Parties

- **Plaintiff:** Jacob Barreras, a resident of El Paso, Texas, with disabilities as defined under the ADA, including but not limited to hearing and visual impairments, which substantially limit major life activities such as seeing, hearing, and communicating. Plaintiff requires effective communication accommodations to access goods and services.
- **Defendant:** State Farm Insurance Company, a corporation conducting insurance business in Texas and throughout the United States, providing services to the public, and therefore subject to Title III of the ADA.

---

### 3. Statement of Facts

RECEIVED

JUDGE DAVID BRIONES

EP25CV0456

a. Over the last two months, Plaintiff has made multiple requests to Defendant for ADA accommodations to allow for effective communication and equal access to Defendant's programs and services.

b. Plaintiff specifically requested that correspondence and communications be provided in a manner accessible to him, including by certified mail, and not through inaccessible formats such as email or voicemail that are routed to Plaintiff's employees.

c. Defendant has failed and refused to provide the requested accommodations, instead continuing to use inaccessible methods of communication and denying Plaintiff's rights under the ADA.

d. These failures have prevented Plaintiff from effectively participating in the insurance claims process, obtaining necessary information, and accessing services on an equal basis.

e. Defendant's actions constitute discrimination under Title III of the ADA, as they have failed to provide necessary auxiliary aids and services despite Plaintiff's known disabilities and repeated requests.

---

**4. Cause of Action — Violation of the Americans with Disabilities Act (42 U.S.C. §§ 12181–12189)**

Defendant is a place of public accommodation under 42 U.S.C. § 12181(7) and is required to provide auxiliary aids and services to ensure effective communication with individuals with disabilities. Defendant's refusal to provide such accommodations constitutes a violation of Title III of the ADA.

---

**5. Damages and Relief Requested**

Plaintiff seeks:

1. A declaratory judgment that Defendant's actions violate the ADA;
2. Injunctive relief requiring Defendant to provide the requested ADA accommodations, including accessible communication methods tailored to Plaintiff's disabilities;
3. Compensatory damages in the amount of **$500,000.00** for the harm, frustration, and loss of equal access caused by Defendant's actions;
4. Reasonable attorney's fees and costs, should counsel be obtained;
5. Any other relief the Court deems just and proper.

---

**6. Jury Demand**

Plaintiff demands a jury trial on all issues so triable.

---

**Respectfully submitted,**

Date: August 11, 2025

**Jacob Barreras**
2211 E. Missouri Ave #221
El Paso, TX 79903

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



September 11, 2025

Jacob Anthony Barrerras
2211 E Missouri Ave Ste 221
El Paso TX 79903-3836

**State Farm Claims**
PO Box 106171
Atlanta GA 30348-6171

RE: Claim Number: 43-84C9-73P
Date of Loss: May 1, 2025
Our Insured: Maria Alejandra Rangel
Policy Number: 534858843A

Dear Jacob Anthony Barrerras:

We are reaching out to follow up on your claim related to property damage and bodily injury which occurred on May 1, 2025. Specifically, your request pertaining to ADA accommodation.

We previously offered to engage a third-party vendor specializing in hearing and speech impairment, which you declined. Additionally, we suggested sending a State Farm representative to your residence for further assistance, but this option was also declined. During conversation on August 21, 2025, we attempted to settle your bodily injury claim.

Currently, we are in the process of determining what additional resources we can provide to assist you further with your claim. We want to ensure that your needs are met and that you receive the support necessary during this process.

Thank you for your attention to this matter. Please feel free to reach out if you have any questions.

If you have questions or need assistance, call us at (844) 292-8615 Ext. 9729077540.



State Farm Claims
P.O. Box 52250
Phoenix, AZ 85072-2250

PRESORTED FIRST-CLASS

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
STATE FARM

September 11, 2025

Jacob Anthony Barrerras
2211 E Missouri Ave Ste 221
El Paso TX 79903-3836







166-1130 g.1-PH 08-14-2019

25 IBSOIPi 79903

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



September 12, 2025

Jacob Anthony Barrerras
2211 E Missouri Ave Ste 221
El Paso TX 79903-3836

**State Farm Claims**
PO Box 106171
Atlanta GA 30348-6171

| RE: | Claim Number: | 43-84C9-73P |
|---|---|---|
| | Date of Loss: | May 1, 2025 |
| | Our Insured: | Maria Alejandra Rangel |
| | Claimant Name: | Jacob Anthony Barrerras |

Dear Jacob Anthony Barrerras:

This letter is to confirm your conversatin today September 12, 2025 with Section Manger Ganiu Laguda.

If you have questions or need assistance, call us at (844) 292-8615 Ext. 9727441194.

Sincerely,

Ganiu Laguda
Section Manager
(844) 292-8615 Ext 335
Fax: (855) 820-6318
statefarmclaims@statefarm.com

*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 292-8615 Ext.335 to discuss sensitive information.*

State Farm Mutual Automobile Insurance Company

StateFarm

State Farm Claims
P.O. Box 52250
Phoenix, AZ 85072-2250

PRESORTED FIRST-CLASS

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
STATE FARM

September 12, 2025

Jacob Anthony Barrerras
2211 E Missouri Ave Ste 221
El Paso TX 79903-3836







9589 0710 5270 2982 8069 05

166-1130 g.1-PH 08-14-2019

25 IBSOIPi 79903

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



September 22, 2025

Jacob Anthony Barrerras
2211 E Missouri Ave Ste 221
El Paso TX 79903-3836

**State Farm Claims**
PO Box 106171
Atlanta GA 30348-6171

| RE: | Claim Number: | 43-84C9-73P |
|---|---|---|
| | Date of Loss: | May 1, 2025 |
| | Our Insured: | Robert Gomez III, Roberto Gomez & Maria Alejandra Rangel |
| | Claimant Name: | Jacob Anthony Barrerras |

Dear Jacob Anthony Barrerras:

We would like to acknowledge the challenges you have outlined in your recent communication regarding your request for additional accommodations in the process of settling your third-party claim. Please be assured that it is always our intention to resolve claims promptly, fairly, and appropriately, with due consideration to the individual circumstances of each claimant.

You have requested that we provide you with independent ADA coordinator services that includes a protactile interpreter, speech-to-speech interpreter, qualified reader, and qualified note taker. After careful review of your request, we regret to inform you that we are unable to provide the specific accommodations for additional services that you have requested. Our claims process is designed to be equitable and consistent for all parties, and while we strive to offer support wherever possible, certain accommodations may not be feasible within the current framework.

To proceed with the settlement of your claim, we kindly ask that you provide any relevant medical bills and records related to your injuries and treatment arising from the accident. Upon receipt, we will review these documents thoroughly to ensure a fair evaluation of your claim. Alternatively, if you prefer, you may provide a signed authorization form allowing us to obtain your medical records directly from your healthcare providers. This can help facilitate the review process and assist in moving your claim toward resolution.

We appreciate your understanding and cooperation. Should you have any questions or require further assistance, please do not hesitate to contact our claims department.

If you have questions or need assistance, call us at (844) 292-8615.

StateFarm®

State Farm Claims
P.O. Box 52250
Phoenix, AZ 85072-2250

PRESORTED FIRST-CLASS

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
STATE FARM

September 22, 2025

Jacob Anthony Barrerras
2211 E Missouri Ave Ste 221
El Paso TX 79903-3836




RECEIVED 9/29/25

166-1130 g.1-PH 08-14-2019

25 IBNDIPi 79903